Argued and submitted April 30, judgment modified in part; otherwise affirmed
May 22, 2003

STATE OF OREGON,
*Respondent,*

*v.*

DAVID LYNN THOMAS,
*Appellant.*

00-12-442CR; A114494

69 P3d 814

Shawn Wiley, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Acting Executive Director, Office of Public Defense Services.

Jennifer S. Lloyd, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals a judgment imposing $1,129 in restitution pursuant to ORS 137.106. The judgment was entered after defendant pleaded guilty except for insanity to a charge of second-degree assault. He argues that restitution may not be imposed pursuant to ORS 137.106 when a person is found guilty except for insanity. He notes that we concluded in *State v. Gile*, 161 Or App 146, 985 P2d 199 (1999), that unitary assessments and the cost of court-appointed counsel could not be imposed on those found guilty except for insanity and argues that the same is true for restitution. The state agrees, noting that the statute at issue here is not significantly distinguishable from those at issue in *Gile*. We conclude that the state's concession is well-founded, and we accept it.

Judgment modified to delete award of restitution; otherwise affirmed.